## HEAVY PIECE OF FURNITURE LEFT IN STREET OVERTURNS ON CHILD.

Circuit Court of Cuyahoga County.

THE ISAAC LEISY BREWING COMPANY v. ALPHONS KAPL, AN INFANT.

Decided, December 7, 1908.

*Negligence—Turntable Cases Not Applicable Where Dangerous Appliances are Left in Public Streets.*

One who leaves a heavy article in the public streets in unstable equilibrium and in such manner as would be likely to attract children, is liable in damages to a child who has been attracted to it and is injured by having it fall upon him while playing about it.

*Solders, Thayer & Mansfield,* for plaintiff in error.
*Dawley & Meals,* contra.

HENRY, J.; MARVIN, J., concurs; WINCH, J., dissents.

In the action below the defendant in error recovered a verdict and judgment for injuries sustained by him from the overthrow of a bar fixture which had been temporarily placed during removal, in the space between sidewalk and curb in the street, in front of the plaintiff's premises. It was left in unstable equilibrium, and the defendant in error, a child of six years, intermeddled with it so that it fell over on him.

Because this was a public street where the child had a right to be and where it was to be expected that small children would exercise their childish instincts, a majority of the court are unwilling to hold that the doctrine of *Railroad Co.* v. *Harvey,* 77 O. S., 235, as applicable to private premises, rules in this case; especially as that decision distinguishes instead of in terms reversing, *Harriman* v. *Railway Co.,* 45 O. S., 11.

Judgment affirmed.